### KELLY v. ANDERSON
(U. S. F. & G. Company, Intervener and Appellant)
(No. 1400; March 6, 1928; 264 Pac. 1033)

Before BLUME, Chief Justice, KIMBALL, Justice, and BURGESS, District Judge.

*Reid & More,* for plaintiff and respondent.

*John L. Sawyer,* for defendants.

*Gillette & Clark, J. M. Roushar,* and *L. J. Williams,* for intervener and appellant.

BURGESS, District Judge.

This case involves the same question that has been this day decided in Case No. 1399 entitled United States Fidelity and Guaranty Company v. Rosalie J. Anderson, as Treas-

urer of the County of Goshen, in the State of Wyoming, and Burdett Kelly, Receiver of the Torrington National Bank of Torrington, Wyoming, and upon the authority of that decision the judgment below is affirmed.

*Affirmed.*

BLUME, Ch. J., and KIMBALL, J., concur.